**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | 5:04-CR-5(1) |
| | § | |
| TIMOTHY BRYAN JORDAN | § | |

**MEMORANDUM ORDER**

      The above-entitled and numbered criminal action was heretofore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. Both parties waived their right to file objections to the Report and Recommendation. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this court. Accordingly, it is hereby

      **ORDERED** that the defendant's plea of true to the third allegation as set forth in the government's petition be **ACCEPTED**. Based upon the defendant's plea of true to this allegation, the court finds the defendant violated the conditions of his supervised release. It is further

      **ORDERED** that the defendant's supervised release be **REVOKED**. It is further

      **ORDERED** that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 7 months with no term of supervised release to follow such term of imprisonment. It is further

      **REQUESTED** that the Bureau of Prisons place the defendant in its Texarkana, Texas facility, or such other facility that is equipped to treat Mr. Jordan's medical needs during the period

of his confinement.

**SIGNED this 26th day of August, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE